# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| OBIE E. TEMPLIN, <br><br>Plaintiff, <br><br>v. <br><br>WEBCOLLEX, LLC d/b/a CKS FINANCIAL, <br><br>Defendant. | Case No. 6:20-cv-00152-JCB-KNM <br><br>Honorable Judge K. Nicole Mitchell |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Obie E. Templin ("Plaintiff"), by and through his attorneys, and in support of his Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against Webcollex, LLC d/b/a CKS Financial, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 9, 2020               Respectfully Submitted,

**OBIE E. TEMPLIN**

s/ *Marwan R. Daher*
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 537-1770
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Marwan R. Daher, an attorney, certify that on September 9, 2020, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

                                                                /s/ Marwan R. Daher