UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| OBIE TEMPLIN,<br><br>Plaintiff,<br><br>v.<br><br>WEBCOLLEX, LLC; dba CKS FINANCIAL,<br><br>Defendant. | Case No. 6:20-cv-00152-JCB-KNM<br><br>Honorable Judge K. Nicole Mitchell |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Obie Templin and Defendant, Webcollex, LLC dba CKS Financial, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: September 17, 2020

Respectfully Submitted,

**OBIE TEMPLIN**

*/s/ Marwan R. Daher (with consent)*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

**WEBCOLLEX, LLC DBA CKS FINANCIAL**

*/s/ Kirstie M. Simmerman*
Kirstie M. Simmerman
*Counsel for Defendant*
Gordon Rees Scully Mansukhani, LLP
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Phone: (214) 231-4600
ksimmerman@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Kirstie M. Simmerman*
Kirstie M. Simmerman
